

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00070-CV

Yolanda H. **MONTOYA**, et al,
Appellant

v.

Rosemary H. **GUTIERREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07335
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On February 6, 2019, appellants filed in this court a notice of appeal from a judgment signed by the trial court on November 20, 2018. The notice of appeal contains a file-stamp indicating it was filed in the trial court on February 5, 2019—more than thirty (30) but less than ninety (90) days after the date the judgment was signed. On March 12, 2019, the district clerk filed a clerk's record that contains the November 20, 2018 judgment but no timely filed motion extending the time to file appellants' notice of appeal. Because it appears from the record presently before us that appellants' notice of appeal was untimely filed, on March 13, 2019, this court ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction.

On March 22, 2019, appellants filed a response stating their notice of appeal was timely filed within ninety (90) days of the date of final judgment because they timely filed a motion to modify the judgment or, in the alternative, motion for new trial within thirty (30) days of the judgment. However, the record on appeal does not contain a copy of this motion. Therefore, the record presently before us still does not demonstrate appellants' notice of appeal was timely filed.

Appellants are ORDERED to file or cause to be filed within ten (10) days of the date of this order a supplemental clerk's record containing a file-stamped copy of the motion to modify the judgment or for new trial on which they rely to argue their notice of appeal was timely filed. If appellants fail to respond to this order within ten (10) days, this appeal will be dismissed. *See*

*Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005) (holding court of appeals lacks jurisdiction to consider appeal without a timely notice of appeal); TEX. R. APP. P. 42.3. All other appellate deadlines are suspended until further order of this court.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court